UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In Re:                                        )
                                              ) Bankruptcy Case
THE ROWE COMPANIES,                           ) No. 06-11142-SSM
                                              ) Chapter 11
         Debtor.                              )

STATEMENT - DEBTOR'S WITHDRAWAL OF OBJECTIONS TO CLAIMS

THE ROWE COMPANIES ("Debtor" or "TRC") by counsel WILEY REIN LLP, H. Jason Gold and Dylan G. Trache files this statement withdrawing its objection to the claims listed below:

| Claimant | Claim Amount | Claim Number |
|---|---|---|
| Royal Indemnity Company | $1,665,742.00 | 4200054 |
| Kraftson Caudle, LLC | $64,404.34 | 4200369 |

Respectfully submitted,

THE ROWE COMPANIES

By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800

By:   /s/ Dylan G. Trache
      H. Jason Gold, Va. Bar No. 19117
      Dylan G. Trache, Va. Bar No. 45939

Counsel to the Debtor and Debtor-in-Possession

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of October, 2007, the foregoing Statement was sent by first class mail, postage prepaid, to:

>Office of the United States Trustee
>115 South Union Street, Suite 210
>Alexandria, Virginia 22314
>
>John M. Flynn, Esquire
>Carruthers & Roth, PA
>235 N. Edgeworth St.
>P.O. Box 540
>Greensboro, NC 27401
>
>Lowell H. Patterson, III
>Kraftson Caudle, LLC
>1600 Tysons Boulevard
>Suite 250
>McLean, Virginia 22102

    /s/ Dylan G. Trache
Dylan G. Trache

12721672.1