UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                        )
                              ) No. 06-11142-SSM
THE ROWE COMPANIES,           )
                              ) Chapter 11
         Debtor.              )

ORDER SUSTAINING IN PART THE ROWE COMPANIES' FOURTH OMNIBUS
OBJECTION TO CLAIMS – WRONG ENTITY

Upon consideration of the Debtor's Fourth Omnibus Objection to Claims – Wrong Entity (the "Objection") filed by The Rowe Companies ("TRC"), and it appearing due and proper notice and service of the Objection has been given, and upon the proceedings before the Court on October 19, 2007:

IT IS HEREBY ORDERED that

1. The Objection is Sustained.

2. Except as specifically set forth herein, the claims identified on Exhibit A as attached hereto are disallowed in their entirety.

3. The following claims are transferred to Storehouse, Inc., case number 06-11144-SSM: City of Alexandria – claim number 4200064; Demetric M. Mercadel – claim number 42000119; Mary Harkins – claim number 4200084; The Woodlands Metro Center M.U.D. – claim number 4200070; Clear Creek ISD – claim number 4200071; Spring Branch Independent School District – claim number 4200072; Woodlands Road & Utility District #1 – claim number 4200073; and Fort Bend County LID #2 – claim number 4200074.

4. The hearing on the objection to the claim of American Electric Power (claim number 4200076) is continued to November 16, 2007 at 9:30 a.m.

5. Disallowance of the claims identified on Exhibit A is without prejudice to the rights of holders of such claims to file appropriate documents in the case of Rowe Furniture, Inc. seeking a transfer of any such claim to that case or otherwise regarding the status of any claims in that case.

Dated: _____, 2007

_____
Stephen S. Mitchell
United States Bankruptcy Judge

PREPARED BY:

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800

By:   /s/ Dylan G. Trache
       H. Jason Gold, Va. Bar No. 19117
       Dylan G. Trache, Va. Bar No. 45939

Counsel to The Rowe Companies

Exhibit A

| Claimant | Claim Number | Amount |
|---|---|---|
| ALABAMA POWER COMPANY | 4200075 | $2,637.06 |
| ALLIED INDUSTRIAL EQUIPMENT | 4200108 | $2,086.37 |
| AMEREN UE | 4200068 | $85,935.73 |
| AVAYA INC. | 4200048 | $2,657.63 |
| AVAYA INC. | 4200061 | $2,657.63 |
| Baik, Jiyeon | 4200008 | $2,771.40 |
| BARTSON FABRICS INC | 4200088 | $35,393.94 |
| Becker, Beth | 4200017 | $4,352.74 |
| Bynum, Matthew | 4200083 | $4,122.85 |
| C.H. CLEARINGS, INC. | 4200081 | $6,065.98 |
| C.P.S. ENERGY - BANKRUPTCY SECTION | 4200086 | $2,184.81 |
| CINTAS CORPORATION | 4200013 | $6,051.08 |
| CITY OF ALEXANDRIA, VIRGINIA | 4200064 | $766.60 |
| CLEAR CREEK ISD | 4200071 | $2,592.14 |
| COBB EMC | 4200065 | $2,412.81 |
| COLAMCO INC | 4200014 | $2,612.43 |
| COLONIAL MACHINERY SALES INC | 4200052 | $820.75 |
| CON-WAY FREIGHT | 4200058 | $105,777.00 |
| CUSTOM MACHINING AND TOOL INC | 4200038 | $570.00 |
| DOMINION FOREST PRODUCTS | 4200015 | $2,869.34 |
| ECO ENERGY COMPANY | 4200005 | $15,465.69 |
| EMBARQ FLORIDA, INC. | 4200112 | $1,102.28 |
| Espinoza, Andrey | 4200110 | $4,678.02 |
| Fariss, Marcus & Julia | 4200055 | $3,000.00 |
| FIRST PIEDMONT CORP. | 4200046 | $3,672.73 |
| FORT BEND COUNTY LID #2 | 4200074 | $312.80 |
| FORWARD AIR, INC. | 4200067 | $804.24 |
| G & W SERVICE | 4200091 | $2,727.49 |
| Gaede, Lori | 4200039 | $4,093.16 |
| GAMBLIN LUMBER COMPANY | 4200051 | $177.82 |
| GARY'S COURIER SERVICE | 4200109 | $1,880.00 |
| GLOBAL RESOURCES INC. | 4200022 | $5,090.81 |
| Gordon, Kertrina | 4200009 | $170.98 |
| Grouverman, Valentina | 4200003 | $875.36 |
| Gumaer, Peter T. | 4200026 | $601.00 |
| Harkins, Mary | 4200084 | $2,480.85 |
| HARTFORD FIRE INSURANCE COMPANY | 4200066 | Not Listed |
| HIGH POINT HARDWOODS INC | 4200016 | $59,558.20 |
| HSBC RETAIL SERVICES | 4200118 | $2,620.86 |
| HWSA SANAV HOME COLLECTION | 4200085 | $2,668.86 |
| IKON FINANCIAL SERVICES | 4200021 | $8,990.24 |
| J & M FURNITURE REPAIR | 4200042 | $3,600.00 |
| JERSEY CENTRAL POWER & LIGHT | 4200069 | $4,549.88 |
| Jiddou, Monica | 4200050 | $1,355.95 |
| Joyce, James P. | 4200035 | $1,309.95 |
| Kamm, Mark | 4200089 | $1,256.30 |

| Name | Number | Amount |
|---|---|---|
| Kenerdell, Peter | 4200007 | $2,519.55 |
| Levy, Leonard | 4200101 | $257.14 |
| LLOYD ELECTRIC COMPANY INC | 4200006 | $1,642.68 |
| Luz, Lorna | 4200103 | $7,716.77 |
| MAGIC CITY SPRINKLER INC | 4200104 | $1,485.00 |
| MAGIC CITY SPRINKLER INC | 4200105 | $315.00 |
| MAGIC CITY SPRINKLER INC | 4200106 | $525.00 |
| MAGIC CITY SPRINKLER INC | 4200107 | $375.00 |
| Martin, Deborah | 4200121 | $191.95 |
| Mawhinney, Tiffany | 4200099 | $463.32 |
| McBride, Dr. Molly (Laurisa Schutt) | 4200049 | $550.00 |
| MELANIE BOUCHARD HANDLEY | 4200024 | $3,886.75 |
| Mercadel, Demetric | 4200119 | $2,221.80 |
| MISSOURI POWER TRANSMISSION, INC. | 4200020 | $5,619.43 |
| Mowles, Richard | 4200011 | $352.03 |
| MRO SUPPLY, INC. | 4200032 | $730.83 |
| Nappi, Jeanne | 4200037 | $1,993.00 |
| NEW DEPARTURE SERVICES LLC | 4200019 | $367.50 |
| NEWMAN'S GROUND CARE | 4200056 | $330.00 |
| Noone, Matthew M. | 4200043 | $2,435.88 |
| NORTH WALES WATER AUTHORITY | 4200018 | $114.75 |
| Olsen, Corrine | 4200027 | $640.90 |
| OPTUS INC. | 4200002 | $2,365.92 |
| Padgett, Patricia | 4200111 | $1,947.42 |
| Patel, Shilpa | 4200117 | $1,055.31 |
| PECO ENERGY COMPANY | 4200063 | $15,465.69 |
| Pence, Joseph | 4200098 | $2,906.39 |
| PIEDMONT LAMINATING & COATING INC | 4200082 | $3,095.06 |
| PORTIS SEWING MACHINE COMPANY | 4200041 | $5,871.47 |
| REGEL ENTERPRISES | 4200057 | $1,888.53 |
| RIVERSIDE FURNITURE CORPORATION | 4200030 | $956.51 |
| ROYAL INDEMNITY COMPANY | 4200054 | $1,665,742.00 |
| Rutbell, Margery | 4200092 | $468.00 |
| S & J POTASHNICK TRANS., INC | 4200093 | $26,963.75 |
| S WALTER PACKAGING CORP | 4200028 | $31,233.27 |
| SMC ELECTRICAL SUPPLY | 4200025 | $272.32 |
| SMITH FURNITURE SERVICE INC. | 4200010 | $2,282.48 |
| Smith, Julie | 4200031 | $129.79 |
| SPRING BRANCH INDEPENDENT SCHOOL DISTRICT | 4200072 | $37,116.62 |
| Tate, Stacey | 4200097 | $140.70 |
| THE WOODLANDS METRO CENTER M.U.D. | 4200070 | $400.44 |
| TROY COMFORT | 4200053 | $5,496.52 |
| UNITED REFRIGERATION INC. | 4200034 | $39,540.36 |
| Ward, Helen | 4200023 | $1,000.00 |
| WESTERN LOGISTICS | 4200094 | $39,646.45 |
| Whitmire, Florence | 4200044 | $2,011.51 |
| Whitsura, Angela | 4200036 | $1,365.19 |
| WIESE PLANNING & ENG INC | 4200078 | $10,770.51 |
| WOODLANDS ROAD & UTILITY DISTRICT #1 | 4200073 | $835.69 |

| Company | Number | Status |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY | 4200004 | Not Listed |
| ZURICH AMERICAN INSURANCE COMPANY | 4200062 | Not Listed |